# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DARREN NEESE,

      Plaintiff,

v.                                                                                  Case No:   6:14-cv-474-Orl-18DAB

STATE OF FLORIDA, COUNTY OF
VOLUSIA, VOLUSIA COUNTY
SHERIFF, VOLUSIA CLERK OF
COURT, SEVENTH CIRCUIT FAMILY
COURT, R.J. LARIZZA, IVY HAWN
CHARTER SCHOOL and JENNIFER
NEESE,

      Defendants.

---

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT:

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** Motion for Leave to Proceed in forma pauperis (Doc. No. 2)
>
> **FILED:** March 21, 2014
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED and the Petition for Temporary Injunction (Doc. 1) be dismissed.**

The *pro se* Plaintiff, apparently unhappy with certain state court proceedings, filed a Petition for Temporary Injunction (Doc. 1) against the state of Florida, various county and state court Defendants, a charter school, and Jennifer Neese, his wife. In the instant motion, he seeks to

(handwritten margin note: approved & adopted this 16 day of Apr 14)